# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAQUAN BRYANT COOK, A/K/A
DAQUAN BROWN,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 75043

**FILED**

MAR 22 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

No decision had been made on the petition when appellant filed his appeal on January 30, 2018. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

                               _Cherry_, J.
                Cherry

_____, J.              _____, J.
Parraguirre                       Stiglich

cc:    Hon. Kenneth C. Cory, District Judge
       Daquan Bryant Cook
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Amanda S. Gregory